# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jarrod W. Messer,
    Petitioner

v.                      Case No.  1:09-cv-200

Warden, London Correctional
Facility,
    Respondent

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 16, 2010 (Doc. 13).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's petition for writ of habeas corpus is **DISMISSED** with prejudice.

    A certificate of appealability will not issue because petitioner has failed to make a substantial showing of the denial of a constitutional right remediable in this habeas corpus proceedings. See 28 U.S. C. § 2253(c); Fed.R.App.P. 22(b).

    This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order

would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Date: April 9, 2010                                     s/Sandra S. Beckwith
                                                        Sandra S. Beckwith, Senior Judge
                                                        United States District Court